AARON D. FORD
  Attorney General
JEFFREY D. WHIPPLE (Bar No. 16346)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3792 (phone)
(702) 486-3768 (fax)
Email: jwhipple@ag.nv.gov

*Attorneys for Francis Moka, Glenda Stewart, David Tristan, Brian Williams, and Troy Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WALSH,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID TRISTAN, *et al.*,<br><br>          Defendants. | Case No.  2:24-cv-00066-CDS-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Robert Walsh, and Defendants Francis Moka, Glenda Stewart, David Tristan, Brian Williams, Sr., and Troy Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jeffrey D. Whipple, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety, the terms of the agreement have been satisfied, and the parties agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 13th day of June, 2025.          DATED this 13th day of June, 2025

                                                                              AARON D. FORD
                                                                              Attorney General

By: /s/ Robert Walsh 82667          By: /s/ Jeffrey D. Whipple
ROBERT WALSH #82667                 JEFFREY D. WHIPPLE, (Bar No. 16346)
Plaintiff                           Senior Deputy Attorney General
                                                                              *Attorneys for Interested Party*

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: July 7, 2025

_____
UNITED STATES DISTRICT JUDGE